# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  NO. CIV-10-0507-HE ) |
| TRAVIS RUTLEDGE, ET AL., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the summary judgment order entered this date, judgment is entered in favor of plaintiff American Economy Insurance Company and against defendants. The court declares that the maximum coverage available under Policy #02-CE-192212-20 to the claims now asserted in <u>Travis Rutledge and Lisa Rutledge, individually, and as Next Friends of T.B.R., a minor v. Boiling Springs Golf Course Inc. and Dennis Bates</u>, Case No. CJ-2009-171, District Court of Woodward County, State of Oklahoma, is One Million Dollars ($1,000,000).

**IT IS SO ORDERED**.

Dated this 6th day of June, 2011.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE